MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

S. WAQAR HASIB (CABN 234818)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: waqar.hasib@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> JESUS ALMENDARES-VASQUEZ, ) <br> ) <br>     Defendant. ) <br> ) | No. CR-12-0030 EMC <br><br> STIPULATION TO CONTINUE <br> DETENTION HEARING <br>     & ORDER <br><br> Date: July 20 <br> Time: 9:30 a.m. |

The parties hereby move the Court to continue the detention hearing in the above-referenced matter, currently scheduled for July 20, 2012, until July 23, 2012. Undersigned counsel represents that he spoke by telephone on July 19, 2012, with counsel for the defendant, Randy Sue Pollock, Esq., who indicated that she agreed to this continuance.

DATE: July 19, 2012

IT IS SO ORDERED.

_____
NANDOR J. VADAS
U.S. MAGISTRATE JUDGE

MELINDA HAAG
United States Attorney

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant United States Attorney

STIPULATION TO CONTINUE
12-0030 EMC